AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 24 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **JAMAL BROWN** | ) Case No: 4:05CR00259-02 JLH |
| | ) USM No: 23871-009 |
| Date of Previous Judgment: May 10, 2007 | ) Jack R. Kearney - appointed on March 5, 2008 |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___48___ months is reduced to ___37 MONTHS___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  23          Amended Offense Level:  21
Criminal History Category:  I         Criminal History Category:  I
Previous Guideline Range:  46 to 57 months    Amended Guideline Range:  37 to 46 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  May 10, 2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 24, 2008

Effective Date:  April 24, 2008
(if different from order date)

_Judge's signature_

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title